08-22681-A-7
REOPEN 7
DEBTOR: ERIC BERGGREN
JUDGE: HON. M. MCMANUS

FILED 10/11/11 - 9:29 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    j9is
RECEIPT NO: 2-11-34075 $260.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: [Debtor(s) name(s)]

Eric Robert Berggren
Rebecca Lynn Berggren
          Debtor(s).

Case No. 08-22

## MOTION TO REOPEN CASE

The debtor(s) name(s) is/are:

Eric Robert Berggren and Rebecca Lynn Berggren, and I/we ask the Court to reopen the chapter __7__ (chapter #, e.g., 7, 9, 11, 12, 13, 15) bankruptcy case, for the following reason(s):

Our attorney, Stanley Phillips Berman, did not file the education certificates we gave to him at the hearing. He has not returned several phone calls and we had to call another lawyer for advice.

The debtor(s) respectfully ask the Court to reopen the case for the reason(s) stated above.

DATED:

_____
Debtor's signature

_____
Joint Debtor's signature